STATE OF NEW JERSEY v. MAURICE WHITE.

January 29, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. PORFIRIO VEGA.

January 29, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. DONNIE SPEARMAN.

January 29, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY SPANO.

January 29, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE SOUTH.

January 29, 1976. Petition for certification denied. (See 136 *N. J. Super.* 402).

STATE OF NEW JERSEY v. PHILIP SNELL, M. D.

January 29, 1976. Petition for certification denied. (See 136 *N. J. Super.* 506).